| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | JOHN PAUL REICHMUTH |
| | Assistant Federal Public Defender |
| 3 | 555 12TH St. – Suite 650 |
| | Oakland, CA 94607-3627 |
| 4 | Tel. 1-510-637-3500 |
| 5 | Counsel for Defendant MAYES |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 4-06-70536-WDB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| KELLY LOUISE MAYES | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

After hearing this matter, and good cause appearing therefore, it is hereby

ORDERED that the release conditions in this case be modified to permit the defendant to reside at her home in Brentwood, California, and consistent therewith, to travel within Contra Costa County.  It is further

ORDERED that the United States Marshals Service furnish Ms. Mayes with non-custodial transportation to Billings, Montana so that she may attend her court appearances there.  The defendant is further

ORDERED to present her travel itinerary to the United States Marshals Service as soon as possible.

Dated:  September 28, 2006

_____
Hon.
United States Magistrate Judge

IT IS SO ORDERED
Judge Wayne D. Brazil